**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

PATRICK CALVILLO, et al.,

    Plaintiffs,

vs.                                         CV No. 16-921 MCA/CG

LEWIS CASING CREWS, Inc., et al.,

    Defendants.

## ORDER ADOPTING JOINT CASE MANAGEMENT PLAN

**THIS MATTER** is before the Court on the parties' *Joint Case Management Plan* (Doc. 36), filed June 15, 2017. The Court, having reviewed the *Joint Case Management Plan*, and having conferred with the parties at a telephonic status conference held on June 22, 2017, hereby adopts the parties' *Joint Case Management Plan*, (Doc. 36).

**IT IS THEREFORE ORDERED** that:

1. Plaintiffs shall issue an initial written demand to Defendants by **June 29, 2017**;

2. The parties shall complete mediation of this case by **July 31, 2017**; and

3. The parties shall file a Joint Status Report by **August 8, 2017**. In this report, the parties shall update the Court as to the status of settlement negotiations and whether additional time is needed, and shall provide the Court with a discovery plan if the case has not settled.

                                                                              _____
                                                                                  THE HONORABLE CARMEN E. GARZA
                                                                                  UNITED STATES MAGISTRATE JUDGE