IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PATRICK CALVILLO, et al.,

      Plaintiffs,

vs.                                                                    CV No. 16-921 MCA/CG

LEWIS CASING CREWS, Inc., et al.,

      Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND MEDIATION

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Mediation* (Doc. 41), filed July 31, 2017, wherein the parties ask to extend their deadline to complete mediation of this case by one month, and to extend their deadline to provide a Joint Status Report from August 8, 2017 to September 1, 2017. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

    **IT IS THEREFORE ORDERED** that:

1. The parties shall complete mediation of this case by **August 31, 2017**; and

2. The parties shall file a Joint Status Report by **September 1, 2017**, in which the parties shall provide the Court with a discovery plan if the case has not settled.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE