IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PATRICK CALVILLO, et al.,

    Plaintiffs,

vs.                                                                  CV No. 16-921 MCA/CG

LEWIS CASING CREWS, Inc., et al.,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' *Joint Status Report*, (Doc. 43), filed September 5, 2017, stating that the parties have reached an agreement to settle this case.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **October 5, 2017.**

                                                    _____
                                                    THE HONORABLE CARMEN E. GARZA
                                                    UNITED STATES MAGISTRATE JUDGE